IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN KEVEN TURNER,

       Petitioner,                   No. CIV-S-08-0297 LKK KJM P

   vs.

JAMES A, YATES, et al.,

       Respondents.           ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

       Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

       The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

/////

1  2. Any amended petition must be filed on the form employed by this court and
2 must state all claims and prayers for relief on the form.  It must bear the case number assigned to
3 this action and must bear the title "Amended Petition"; and
4  3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
5 application.
6  4. Petitioner's failure to comply with this order will result in a recommendation
7 that this action be dismissed without prejudiced.
8  5. Petitioner's request to proceed in forma pauperis (docket no .2) is granted.
9 DATED:  April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

1
turn0297.115

2