IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN KEVIN TURNER,

    Petitioner,               No. CIV S-08-0297 LKK KJM P

    vs.

JAMES A. YATES, et al.,

    Respondents.         ORDER

                            /

        Petitioner has filed a motion seeking dismissal of this action (docket no. 5). Good cause appearing, this action is hereby dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: July 7, 2008.

_____
U.S. MAGISTRATE JUDGE

1
turn1173.dis